FILED

07/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0454

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA 22-0454**

| | |
|---|---|
| IN RE THE MARRIAGE OF:<br><br>ROBERT J. BURNS,<br><br>        Petitioner/Appellant,<br><br>and<br><br>LEE MALDEREY BURNS,<br><br>        Respondent/Appellee. | **ORDER DISMISSING APPEAL** |

This matter came before the Court on Appellant's Motion to Voluntarily Dismiss Appeal. Having considered the same, and for good cause shown,

IT IS HEREBY ORDERED that this matter is dismissed.

DATED and electronically signed as indicated below.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 18 2023